UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-0039 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Jauloni Isaiah Damiano Scott (1), and Aiyanna Airie Whitmore (2), | |
| Defendants. | |

---

This matter is before the Court upon joint motion to continue the trial. (Dkt. 40.) Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial. Based on the foregoing analysis and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The joint motion to continue the trial, (Dkt. 40), is **GRANTED**.

2. The period from **May 4, 2022**, through **July 3, 2022**, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  May 5, 2022
s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge