UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-0039 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Jauloni Isaiah Damiano Scott (1), | |
| Defendant. | |

This matter is before the Court upon motion in support of exclusion of time under speedy trial act. (Dkt. 49.) Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial. Based on the foregoing analysis and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The motion to exclude time, (Dkt. 49), is **GRANTED**.

2. The period from **July 18, 2022**, through **September 15, 2022**, shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 20, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge